**Louis V. LeClair, Plaintiff-Appellant, v. Chris-Craft Boat Sales, Inc., a Corporation, Defendant-Appellee.**

Gen. No. 52,815.

First District, First Division.

June 29, 1970.

Nat M. Kahn, of Chicago, for appellant; Victor J. Cacciatore and John J. Turner, of Chicago (John J. O'Toole and Alan E. Sohn, of counsel), for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.